## FOURTH DEPARTMENT, DECEMBER, 1910.

Charles Gillen, Respondent, v. Kinne Laundry Company, Appellant,—Judgment affirmed, with costs. All concurred.

Wilhelm Albrecht, as Administrator, etc., of Henry A. O. Albrecht, Deceased, Respondent, v. Rochester, Syracuse and Eastern Railroad Company, Appellant. —Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground of errors in the charge.

Dyian Kalisiewick, Respondent, v. The Solvay Process Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that there is no evidence tending to establish actionable negligence on the part of the defendant.

Elmer T. Shetler, Respondent, v. Lima-Honeoye Electric Light and Railroad Company, Appellant, Impleaded with the Town of Mendon.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the negligence of the defendant was not established. All concurred.

William M. Steenman and Others, Respondents, v. Sylvester B. Eagan, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Dwight P. Johnson, Appellant, v. William N. Dean, Respondent.—Judgment affirmed, with costs. All concurred.

Frank B. Townsend, Respondent, v. Ezekiel C. Perry and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. Held, that the question of the propriety of granting an additional allowance can be determined upon the appeal from the judgment. All concurred, except Williams and Kruse, JJ., who dissented upon the ground that no additional allowance could be made except on notice to the opposite party or a hearing in which he can take part.

Charles A. Wheeler, as Administrator, etc., of William S. Wheeler, Deceased, Respondent, v. Cuyler E. Carr, as Executor, etc., of Laura F. Beardsley, Deceased, Appellant.—Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Warren S. H. Wright, Respondent, v. Edward P. Wright, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred, except Williams, J., who dissented; Robson, J., not sitting.

A. Vernon Hart, Respondent, v. James McDonell Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. All concurred.

A. Vernon Hart, Appellant, v. James McDonell Company, Respondent.—Judgment affirmed, with costs. All concurred.

Ida La Plain, Respondent, v. National Starch Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Solomon Morrison and Samuel Risman, Respondents, v. Julius Ullman and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.